UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARY S. GLENN, <br><br>   Plaintiff, <br><br>vs. <br><br>BIG SUR WATERBEDS, INC. d/b/a OAK EXPRESS and BEDROOM EXPRESSIONS, <br><br>   Defendant. | Case No. 21-cv-2044 |

MOTION FOR REFUND OF DUPLICATE FILING FEE

  Pursuant to direction from the Clerk's office, Defendant Big Sur Waterbeds, Inc. d/b/a Oak Express and Bedroom Expressions ("Defendant"), by its attorneys Davis & Campbell L.L.C., respectfully requests refund of the duplicate filing fee in the amount of $402.00 resulting from the duplicate payment processed on Sunday, March 7, 2021, when initiating new case and filing the Notice of Removal (Docket #1).

August 9, 2021
             BIG SUR WATERBEDS, INC. d/b/a OAK
             EXPRESS and BEDROOM EXPRESSIONS

             By: s/Abby J. Clark
                One of Their Attorneys

Abby J. Clark
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 fax
ajclark@dcamplaw.com

## CERTIFICATE OF SERVICE

 I hereby certify that on August 9, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system. Electronic notice was thereby sent to the following:

 Ronald S. Langacker (langackerlaw@gmail.com)

                  s/Abby J. Clark

DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
(309) 673-1681
(309) 673-1690 fax

2